1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California  94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   Email: mstafford@sjlawcorp.com
5  Email: snanda@sjalwcorp.com

6  Attorneys for Plaintiffs, Russell E. Burns, et al.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | RUSSELL E. BURNS, et al., | Case No. C15-0229 TEH |
12 | Plaintiffs, | **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** |
13 | v. | MODIFIED |
14 | ROSS ISLAND SAND & GRAVEL CO, a California Corporation *aka* ROSS ISLAND, INC., | Date:       July 6, 2015  Time:       1:30 p.m. |
15 | | Location:  450 Golden Gate Ave. |
16 | Defendant. | Courtroom: 12 (19th Floor)  Judge:      Hon. Thelton E. Henderson |

17       Plaintiffs respectfully request that the Case Management Conference, currently on calendar for

18 July 6, 2015, be continued for approximately sixty to ninety days. Good cause exists for the granting of

19 the continuance, as follows:

20       1.     As the Court's records will reflect, this action was filed on January 15, 2015 (Dkt. #1).

21 Defendant was personally served on March 9, 2015, and a Proof of Service of Summons was filed with

22 the Court on March 12, 2015 (Dkt. #11). Defendant failed to plead or otherwise respond to the lawsuit,

23 and the Clerk entered default as to Defendant on April 1, 2015 (Dkt. #13). Defendant was duly served

24 with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the

25 Court on April 2, 2015 (Dkt. #14).

26       2.     The Court continued the previous Case Management Conference scheduled for April 27,

27 2015 to allow the parties additional time to attempt to resolve this matter without the need for further

28 litigation, as Defendant had submitted a partial payment and requested a payment plan to satisfy the

1

remaining amounts due to Plaintiffs.

3. Since then, Defendant provided additional contribution reports to Plaintiffs' counsel showing additional amounts due. Plaintiffs' counsel prepared and sent to Defendant a proposed Judgment Pursuant to Stipulation providing for a payment plan to allow Defendant to satisfy its debt to Plaintiff Trust Funds by making monthly payments. Defendant questioned the amount due, and Plaintiffs' counsel is currently working with Defendant's counsel to show that the amount is in fact correct.

4. Should Defendant fail to either execute a Judgment Pursuant to Stipulation or submit payment in full of the amounts due to Plaintiffs, Plaintiffs anticipate preparing a Motion for Default Judgment for filing with the Court.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs respectfully request that the upcoming Case Management Conference be continued for approximately sixty to ninety days, to allow sufficient time for the parties to attempt to settle this matter without further litigation.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

DATED: June 26, 2015            SALTZMAN & JOHNSON LAW CORPORATION

                                By:      /S/
                                    Shivani Nanda
                                    Attorneys for Plaintiffs, Russell E. Burns, et al.

IT IS SO ORDERED AS MODIFIED.

The currently set Case Management Conference is hereby continued to __August 17, 2015__ at __1:30 PM__, and all previously set deadlines and dates related to this case are continued accordingly. No further continuances will be granted.

DATED: __07/01__, 2015

                                _____
                                UNITED STATES DISTRICT COURT JUDGE